IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL ZHAO, DEAN MARRIOTT, and MARY KAY PECK, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation, d/b/a VOLKSWAGEN OF AMERICA, INC., AUDI OF AMERICA, INC., VOLKSWAGEN AG, a German Corporation, and AUDI AG, a German Corporation,<br><br>Defendants. | Case No.: 2:21-cv-11251-MCA-MF<br><br>**CLASS ACTION** |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT**

For the reasons set forth in the accompanying Memorandum of Law submitted herewith, Plaintiffs respectfully request that this Court enter an Order: (1) preliminarily certifying this case as a class action pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(3) for the purpose of effectuating a class action settlement; (2) preliminarily approving the settlement; (3) directing notice to Settlement Class Members consistent with the notice plan; (4) appointing Matthew

1

Schelkopf and Joseph Kenney of Sauder Schelkopf LLC and Bonner Walsh of Walsh PLLC as Class Counsel; (5) appointing Michael Zhao, Dean Marriott, and Mary Kay Peck as class representatives; and (6) scheduling a Final Fairness Hearing.

Dated: February 4, 2022　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　By:　/s/ *Matthew D. Schelkopf*
　　　　　　　　　　　　　　　　　Matthew D. Schelkopf
　　　　　　　　　　　　　　　　　Joseph B. Kenney
　　　　　　　　　　　　　　　　　**SAUDER SCHELKOPF LLC**
　　　　　　　　　　　　　　　　　1109 Lancaster Avenue
　　　　　　　　　　　　　　　　　Berwyn, Pennsylvania 19312
　　　　　　　　　　　　　　　　　Telephone: (610) 200-0581
　　　　　　　　　　　　　　　　　mds@sstriallawyers.com
　　　　　　　　　　　　　　　　　jbk@sstriallawyers.com

　　　　　　　　　　　　　　　　　Bonner C. Walsh (*pro hac vice*)
　　　　　　　　　　　　　　　　　**WALSH PLLC**
　　　　　　　　　　　　　　　　　1561 Long Haul Road
　　　　　　　　　　　　　　　　　Grangeville, ID 83530
　　　　　　　　　　　　　　　　　Telephone: (541) 359-2827
　　　　　　　　　　　　　　　　　Facsimile: (866) 503-8206
　　　　　　　　　　　　　　　　　bonner@walshpllc.com

　　　　　　　　　　　　　　　　　***Proposed Class Counsel***

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a true and correct copy of the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT** was electronically filed on February 4, 2022, using the Court's NextGen system, thereby electronically serving it on all counsel of record.

*/s/ Matthew D. Schelkopf*
Matthew D. Schelkopf