

February 28, 2022

*Via ECF*

The Honorable Madeline Cox Arleo
The Honorable Leda Dunn Wettre
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07101

       RE:   *Zhao et al. v. Volkswagen Group of America, Inc., et al.*,
              Case No. 2:21-cv-11251-MCA-LDW

Dear Judge Arleo and Judge Wettre:

      In response to a question posed during the recent telephonic conference, and with the utmost respect to Your Honors, the parties respectfully do not consent to the jurisdiction of the Magistrate Judge to decide the pending motion for preliminary approval of the proposed class action settlement in this matter (ECF No. 25). The parties appreciate and thank the Court for its offer and time.

Dated: February 28, 2022                              Respectfully submitted,

By: */s/ Matthew D. Schelkopf*               By: */s/ Michael B. Gallub*
     Matthew D. Schelkopf                           Michael B. Gallub (*pro hac vice*)
     Joseph B. Kenney                               **HERZFELD & RUBIN, LLC**
     **SAUDER SCHELKOPF**                     125 Broad Street
     1109 Lancaster Avenue                      New York, NY 10004
     Berwyn, PA 19312                              Telephone: (212) 471-8536
     Telephone: (610) 200-0581                 mgallub@herzfeld-rubin.com
     mds@sstriallawyers.com

                                                     *Attorneys for Volkswagen Group of*
     Bonner Walsh (*pro hac vice*)               *America, Inc., sued herein as Volkswagen*
     **WALSH PLLC**                                 *Group of America, Inc., a New Jersey*
     1561 Long Haul Road                       *Corporation, d/b/a Volkswagen of*
     Grangeville, ID 83530                        *America, Inc. and Audi of America, Inc.*
     Telephone: (541) 359-2827
     bonner@walshpllc.com

     *Attorneys for Plaintiffs*
     *and the putative Class*

1109 Lancaster Avenue | Berwyn, PA 19312 | Phone: 610.200.0581 | sstriallawyers.com