# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# NEWARK DIVISION

| | |
|---|---|
| MICHAEL ZHAO, DEAN MARRIOTT, and MARY KAY PECK, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation, d/b/a VOLKSWAGEN OF AMERICA, INC., AUDI OF AMERICA, INC., VOLKSWAGEN AG, a German Corporation, and AUDI AG, a German Corporation,<br><br>Defendants. | Case No.: 2:21-cv-11251-MCA-MF<br><br>**CLASS ACTION** |

### PLAINTIFFS' UNOPPOSED MOTION FOR
### FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that at the Final Approval Hearing currently scheduled for 2:00 p.m. on October 19, 2022, Plaintiffs will move to have the Court grant their unopposed motion seeking entry of an order granting final approval to the class action settlement in this matter.[1]

---

[1] Plaintiffs will also request at this hearing that the Court enter an order approving their unopposed motion for attorneys' fees, expenses, and service awards. The motion seeking that relief was filed on July 5, 2022 (ECF No. 39).

1

**PLEASE TAKE FURTHER NOTE** that Plaintiffs will rely on the accompanying Memorandum of Law, and other related materials in support of this motion.

**PLEASE TAKE FURTHER NOTE** that Defendants do not oppose this motion.

Dated: August 2, 2022          Respectfully Submitted,

By: /s/ *Matthew D. Schelkopf*
Matthew D. Schelkopf
Joseph G. Sauder
Joseph B. Kenney
**SAUDER SCHELKOPF LLC**
1109 Lancaster Avenue
Berwyn, Pennsylvania 19312
Telephone: (610) 200-0581
mds@sstriallawyers.com
jgs@sstriallawyers.com
jbk@sstriallawyers.com

Bonner C. Walsh (*pro hac vice*)
**WALSH PLLC**
1561 Long Haul Road
Grangeville, ID 83530
Telephone: (541) 359-2827
bonner@walshpllc.com

*Class Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a true and correct copy of the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT** was electronically filed on August 2, 2022 using the Court's NextGen system, thereby electronically serving it on all counsel of record.

*/s/ Matthew D. Schelkopf*
Matthew D. Schelkopf
